# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

    Jimmie Bennett
    Cheryl Williams
        Debtor(s)

Case No. 12 B 50370

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/27/2012.

2) The plan was confirmed on 05/08/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/03/2013.

5) The case was Dismissed on 10/30/2013.

6) Number of months from filing to last payment: 10.

7) Number of months case was pending: 13.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $3,384.00 |
| Less amount refunded to debtor | $288.00 |
| **NET RECEIPTS:** | **$3,096.00** |

## Expenses of Administration:

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,686.21 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $129.08 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,815.29** |

Attorney fees paid and disclosed by debtor:     $300.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 500 Fast Cash | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Affiliated Credit Services, Inc. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AIS Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| All Credit Lenders | Unsecured | 400.00 | 464.00 | 464.00 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 200.00 | 602.50 | 602.50 | 0.00 | 0.00 |
| America's Financial Choice Inc | Unsecured | 1,350.00 | NA | NA | 0.00 | 0.00 |
| Americash Loans | Unsecured | 939.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 0.00 | 1,064.99 | 1,064.99 | 0.00 | 0.00 |
| Bank of America | Unsecured | 582.00 | NA | NA | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 0.00 | 570.00 | 570.00 | 0.00 | 0.00 |
| Bureau Of Collection R | Unsecured | 2,173.00 | NA | NA | 0.00 | 0.00 |
| Cash Advance Network | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Cash Call | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Cash Jar | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Cash Transfer Centers | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Cashcall Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Certified Services Inc | Unsecured | 324.00 | NA | NA | 0.00 | 0.00 |
| Citi | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 5,200.00 | 6,616.62 | 6,616.62 | 0.00 | 0.00 |
| ComEd | Unsecured | 2,900.00 | NA | NA | 0.00 | 0.00 |
| Consumer Portfolio Services | Secured | 19,870.24 | 19,870.24 | 19,870.24 | 280.71 | 0.00 |
| Convergent Collections | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 844.00 | NA | NA | 0.00 | 0.00 |
| Cutter Group LLC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Corp | Unsecured | 359.00 | NA | NA | 0.00 | 0.00 |
| Equinox Financial Mgmt | Unsecured | 1,350.00 | NA | NA | 0.00 | 0.00 |
| Genesis Financial | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Geneva Roth Ventures | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Get Cash USA | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| Highland Holdings | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Ic Systems Inc | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| Illinois Department of Revenue | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Lending Corporation | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Illinois State Tollway | Unsecured | 6,000.00 | 4,431.50 | 4,431.50 | 0.00 | 0.00 |
| Integrity Advance | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 3,000.00 | 5,033.57 | 5,033.57 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 252.99 | 252.99 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 176.22 | 176.22 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 10,378.00 | 5,789.76 | 5,789.76 | 0.00 | 0.00 |
| LVNV Funding LLC | Unsecured | 628.00 | NA | NA | 0.00 | 0.00 |
| Marwicke & Goisman, S.C. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Midnight Velvet | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| Migdal Law Group | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Namakan Capital | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| National Payday Loan | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| North Shore Community | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Opportunity Financial | Unsecured | 883.00 | NA | NA | 0.00 | 0.00 |
| Pinnacle Credit Service | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PLS | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Pri Med | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Professnl Acct Mgmt In | Unsecured | 694.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | NA | 588.10 | 588.10 | 0.00 | 0.00 |
| RCN Cable | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Receivables Performanc | Unsecured | 358.00 | NA | NA | 0.00 | 0.00 |
| SC Service & Assoc. | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| Southwest Credit Syste | Unsecured | 2,564.00 | NA | NA | 0.00 | 0.00 |
| Sprint Nextel | Unsecured | 0.00 | 1,743.67 | 1,743.67 | 0.00 | 0.00 |
| StarCash Processing | Unsecured | 455.00 | NA | NA | 0.00 | 0.00 |
| Swiss Colony | Unsecured | 0.00 | 261.22 | 261.22 | 0.00 | 0.00 |
| TCF Bank | Unsecured | 694.00 | NA | NA | 0.00 | 0.00 |
| The Affiliated Group I | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| The Affiliated Group I | Unsecured | 90.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Titan Group | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| US Bank | Unsecured | 500.00 | 511.18 | 511.18 | 0.00 | 0.00 |
| Village of Glenwood | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| William Reynolds | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Workforce Financial Inc. | Unsecured | 1,821.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $19,870.24 | $280.71 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$19,870.24** | **$280.71** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,033.57 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$5,033.57** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$23,072.75** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,815.29 |
| Disbursements to Creditors | $280.71 |
| **TOTAL DISBURSEMENTS** : | **$3,096.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/31/2014                    By: /s/ Marilyn O. Marshall
                                                                    Trustee

STATEMENT:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**